FILED
CLERK, U.S. DISTRICT COURT
4/11/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____TV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-cr-00169-MEMF |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1001(a)(2): Making False Statements] |
| MICHAEL BARZMAN, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1001(a)(2)]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1.  In approximately 2012, defendant MICHAEL BARZMAN and an associate, J.F., formed a plan to create drawings and paintings in the style of celebrated artist and painter, Jean-Michel Basquiat, and market the artworks for sale as if they were authentic works by the artist.

2.  Defendant BARZMAN and J.F. worked together to create a series of paintings and drawings designed to imitate works by Basquiat ("the Fraudulent Paintings"). J.F. and defendant

1

BARZMAN created approximately 20-30 artworks by using various art materials to create colorful images on cardboard.

3.   Defendant BARZMAN then sold the Fraudulent Paintings and gave a share of the profits to J.F.

B.   <u>FALSE STATEMENTS</u>

4.   Between on or about August 18, 2022, and on or about October 13, 2022, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the government of the United States, specifically, the Federal Bureau of Investigation, defendant BARZMAN knowingly and willfully made materially false, fictitious, and fraudulent statements and representations to the FBI for the purpose of influencing an FBI investigation in the Central District of California, knowing that these statements were untrue.  Specifically:

   a.   When Special Agents asked whether someone painted the Fraudulent Paintings for defendant BARZMAN, he responded "no."  When asked whether he painted them himself, defendant BARZMAN responded "no."  In fact, as defendant BARZMAN then knew, he and his friend, J.F., made the Fraudulent Paintings.

   b.   When Special Agents showed defendant BARZMAN one of the Fraudulent Paintings, which bore a shipping label with his name on it, defendant BARZMAN told the Special Agents that

///

he had never seen the work before.  In fact, as defendant BARZMAN then knew, he and/or his friend, J.F., made the work.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental and
Community Safety Crimes Section

MATTHEW W. O'BRIEN
Assistant United States Attorney
Environmental and
Community Safety Crimes Section

ALIX MCKENNA
Assistant United States Attorney
General Crimes Section