# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:23-CR-00169          Recorder: CS 04/24/2023          Date: 04/24/2023

Present: The Honorable Alka Sagar, U.S. Magistrate Judge

Court Clerk: Alma Felix                              Assistant U.S. Attorney: Danny Weiner

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| MICHAEL BARZMAN  BOND-PRESENT | JOEL C. KOURY  RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Information and acknowledges having been read or having received a copy of the Information and waives the reading thereof.
Waiver of Indictment submitted, accepted by the Court and filed.

This case is assigned to the calendar of District Judge Maame Frimpong.
Counsel are ordered to contact the clerk regarding setting a date for guilty plea.

Counsel are directed to contact the Judge's CRD: Kelly Davis at (213) 894-2877 regarding the setting of dates for the guilty plea and all further proceedings. If there is a plea agreement in the case, a courtesy copy of the plea agreement shall be delivered to the Clerk's Office Window on the 4th floor at 350 West 1st Street, Attention: Kelly Davis, CRD to Judge Frimpong, within two days of the PIA.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 02
Initials of Deputy Clerk: AF by TRB