FILED
CLERK, U.S. DISTRICT COURT

APR 2 4 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 23 CR 169 |
| v. | |
| Michael Barzman | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint

JOEL C. KOURY , Esquire, as my attorney to appear for me throughout all proceedings in this case.

4-24-23
_____
Date

_____
Defendant's Signature

La Jolla California
_____
City and State

## APPEARANCE OF COUNSEL

I, JOEL C. KOURY _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant.  The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

4-24-23
_____
Date

_____
Attorney's Signature

143856
_____
California State Bar Number

3435 Ocean Park Blvd #107-50
_____
Street Address

Santa Monica, CA 96405
_____
City, State, Zip Code

424-298-8670
_____
Telephone Number

_____
Fax Number

JCKoury @ Aol.Com
_____
E-mail Address

CR-14 (01/07)                    DESIGNATION AND APPEARANCE OF COUNSEL