FILED
CLERK, U.S. DISTRICT COURT

APR 2 4 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF<br><br>Michael Barzman<br>DEFENDANT | CASE NUMBER:<br>23 CR 169 - MEMF<br><br>**WAIVER OF INDICTMENT** |
|---|---|

I, __Michael Barzman_____, the above-named defendant, who is accused of ____18 USC 1001_____, in violation of ____18 USC 1001_____, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __4-24-23_____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

__4-24-23_____
Date

__4-24-23_____
Date

__4-24-23_____
Date

_____
Defendant

_____
Counsel for Defendant

Before: _____
Judicial Officer

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____
Date

_____
Interpreter

CR-57 (06/14)                                  WAIVER OF INDICTMENT