JOEL KOURY, STATE BAR # 143856
Law Offices of Joel C. Koury
3435 Ocean Park Blvd, Suite 107-50
SANTA MONICA, CA 90405
TEL: (424) 248-8670
FAX: (310) 996-8708

Attorney for Defendant

# UNITED STATES DISTRICT COURT,

## FOR THE CENTRAL DISTRICT OF CALIFORNIA.

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Plaintiff, <br><br> vs. <br><br> Michael Barzman, <br><br> Defendant | Case No. 23CR169-MEMF <br><br> **DECLARATION OF MICHAEL BARZMAN RE: FIREARMS** |

I, Michael Barzman, declare as follows:

1. I am the defendant in the above-entitled case.
2. I am currently released on bond.
3. I do not own, possess, control or have access to any firearms.
4. Previously, I owned firearms, but I do not know the location of any of those firearms. One was surrendered to the Burbank Police Department and the others were legally transferred, lost, or stolen.
5. If I discover any of the previously lost or stolen firearms, I will immediately notify the probation department and follow their direction in disposing of them.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 28, 2023 at La Jolla, California.

_____
Michael Barzman

DECLARATION OF MICHAEL BARZMAN RE: FIREARM