# UNITED STATES PRETRIAL SERVICES
## Southern District of California
333 West Broadway STE #600
San Diego, CA 92101

**FILED**
CLERK, U.S. DISTRICT COURT
5/10/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: TV    DEPUTY

## RECEIPT FOR SURRENDERED PASSPORT AND/OR TRAVEL DOCUMENTS

I received from  Michael Barzman #8432141   the  1st   day of  May  ,
                 name and PACTS number

20_23_, passport number  533698989   in the name of  Michael Philip Barzman

regarding case number  0973 2:23CR00169-1  .  Country of origin  United States

**Lori A. Garofalo, Chief**
**United States Pretrial Services Officer**

By: Amber Michaelis, USPSO
United States Pretrial Services Officer/Assistant

Client's signature

*************************************************************************

I received the passport from ___AM___ on _____, 20_23_
By: _____
Supervisory United States Pretrial Services Officer

*************************************************************************

Date passport returned _____, 20_23_   Received by _____

Purpose returned _____

**Distribution:** client file
              passport envelope