# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: LA CR 23-00169-MEMF   Date: May 26, 2023

Present: The Honorable Maame Ewusi-Mensah Frimpong, ☑ District Judge / ☐ Magistrate Judge

| Kelly Davis | Myra Ponce | n/a | Alix McKenna |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

Michael Barzman
☐ Custody ☑ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Joel Koury
☐ Appointed ☑ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Information.
☑ Defendant now enters a new and different plea of Guilty to Count(s) One of the Information.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered

☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to August 18, 2023, at 10 am for sentencing.

☐ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____.
☑ Court orders:
If either side has any party who wishes to be heard at the time of sentencing in-person or via Zoom, shall inform the Courtroom Deputy Clerk no later than the Friday before the sentencing date.

☑ Other: No later than fourteen (14) days before the hearing, each party shall submit either a sentencing memorandum or a written notice of intent not to file one.

: 60

Initials of Deputy Clerk kd

cc: Probation Office