JOEL C. KOURY
Attorney at Law
3435 Ocean Park Blvd., Suite 107-50
Santa Monica, California 90405
(424) 248-8670
(866) 829-9412 (Fax)
Email Address: jckoury@aol.com

Attorney for Defendant
Michael Barzman

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: CR 23-169-1 |
|---|---|
| Plaintiff, | DEFENDANT MICHAEL BARZMAN'S LETTERS REGARDING SENTENCING |
| v. | |
| MICHAEL BARZMAN, | Date:   August 18, 2023<br>Time:   10:00 a.m.<br>Courtroom: 8B |
| Defendant. | |

   The Defendant, Michael Barzman, hereby submits the following Letters in support of his sentencing position papers.

Dated:  August 5, 2023            Respectfully submitted,

                             _____/s/_____
                             JOEL C. KOURY
                             Attorney for Defendant
                             MICHAEL BARZMAN

SUPPLEMENTAL LETTERS – MICHAEL BARZMAN

1