MATTHEW O'BRIEN (Cal. Bar No. 261568)
Assistant United States Attorney
1300 United States Courthouse
312 North Spring Street
Telephone: (213) 894-8644

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | 23-CR-169-MEMF |
| v. | |
| MICHAEL BARZMAN, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed  [ ] Lodged: **(List Documents)**

**Reason:**

[✓] Under Seal

[✓] In Camera

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Per Court order dated: _____

[ ] Other:

| August 16, 2023 | Matthew O'Brien |
| --- | --- |
| Date | Attorney Name |
| | Plaintiff, United States of America |
| | Party Represented |

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING