UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  **LA CR 23-00169-MEMF**                                       Date: **August 18, 2023**

Present: The Honorable: **Maame Ewusi-Mensah Frimpong, U.S. District Judge**

Interpreter **n/a**

| Kelly Davis | Laura Elias | Matthew O'Brien, Alix McKenna |
|---|---|---|
| *Courtroom Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Michael Barzman | X | | X | Joel Koury | X | | X |

**PROCEEDINGS:  SENTENCING (Held and Completed)**

Case called.  Sentencing is held.  See separate Judgment and Commitment Order.

: 44

Initials of Deputy Clerk  kd