JOEL C. KOURY (No. 143856)
(E-mail: jckoury@aol.com)
3435 Ocean Park Blvd, Suite 107-50
Santa Monica, California 90405
Telephone: (424) 248-8670
Fax: (866) 829-9412

Attorneys for Defendant
MICHEAL BARZMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 23CR 169 - MEMF |
| Plaintiff, | **[PROPOSED] ORDER TO RETURN PASSPORT.** |
| v. | |
| MICHAEL BARZMAN, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the United States Probation Department or the Pretrial Service Office hereby release Michael Barzman's passport to him.

DATED:                                By_____
                                      **HON. MAAME EWUSI-MENSAH FRIMPONG**
                                      United States District Court Judge

Presented by:

_____/s/_____
JOEL C. KOURY

1