**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL BARZMAN,<br><br>  Defendant. | NO. CR 23CR 169 - MEMF<br><br>**ORDER GRANTNG EX PARTE APPLICATION FOR RELEASE OF PASSPORT [ECF NO. 47]** |

On September 20, 2023, Defendant Michael Barzman ("Barzman") filed an *Ex Parte* Application for an Order to Release his Passport. ECF No. 47. The government informed Barzman's counsel that it does not oppose this, and the government has not filed any opposition.

The Court, having reviewed the *Ex Parte* Application and finding good cause therefor, hereby GRANTS the *Ex Parte* Application and ORDERS that the United States Probation Department or the Pretrial Service Office hereby release Michael Barzman's passport to him.

IT IS SO ORDERED.

Dated: 11/15/2023

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge