JOEL C. KOURY (No. 143856)
(E-mail: jckoury@aol.com)
3435 Ocean Park Blvd, Suite 107-50
Santa Monica, California  90405
Telephone: (424) 248-8670
Fax: (866) 829-9412

Attorneys for Defendant
MICHAEL BARZMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL BARZMAN,<br><br>　　　　　Defendant. | NO. 23CR169-MEMF-1<br><br>**STIPULATION TO ALLOW TRAVEL TO PARIS, FRANCE FROM JANUARY 31ST UNTIL FEBRUARY 5, 2024.** |

　　　Defendant Michael Barzman, through his counsel of record, Joel C. Koury, hereby files the following ex parte application and declares as follows:

　　　1. Mr. Barzman was sentenced on August 18, 2023 and is currently on supervised release until August 18, 2026 and being supervised by the United States Probation Deparment for the Southern District of California.

　　　2. As a condition of his supervised release, Mr. Barzman is not allowed to leave the United States of America without permission.

　　　3. Since his release Mr. Barzman has fully complied with all of the terms of his supervised release.

4. Mr. Barzman has the opportunity to travel to Paris, France to work as an audio/visual tech for Dr. Arisa Ortiz. He would be leave on January 31, 2024 and returning no later than February 4, 2024.
5. The United States Probation Department requires the Court approval for this travel.
6. On January 8, 2024, I contacted counsel for the government Assistant United States Attorney Alix McKenna who indicated that the government has no objection to Mr. Barzman's travel to France on those dates.
7. Mr. Barzman will share all of his travel information and report immediately to the probation department upon his return to his home.
8. All other terms and conditions of his supervised release will remain in effect.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed this day January 8, 2024 at Santa Monica, California.

By: _____/s/_____
JOEL C. KOURY
ATTORNEY FOR DEFENDANT
MICHEAL BARZMAN