JOEL C. KOURY (No. 143856)
(E-mail: jckoury@aol.com)
3435 Ocean Park Blvd, Suite 107-50
Santa Monica, California 90405
Telephone: (424) 248-8670
Fax: (866) 829-9412

Attorneys for Defendant
MICHAEL BARZMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL BARZMAN,<br><br>    Defendant. | NO. 23CR169 –MEMF-1<br><br>**[PROPOSED] ORDER TO ALLOW TRAVEL TO PARIS, FRANCE ON JANUARY 31, 2024 AND RETURNING ON FEBRUARY 4, 2024.** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED as follows:

1) The ex parte application is granted,

2) The court authorizes Mr. Barzman to travel out of the Southern District of California to Paris, France on January 31, 2024 and must return on February 4, 2024.

3) Mr. Barzman is ordered to immediately contact his United States Probation officer before the trip and share his travel information.

4) All other conditions of release are to remain in effect.

DATED:                    By _____
                               HON. **MAAME EWUSI-MENSAH FRIMPONG**
                               United States District Court Judge

Presented by:

____/s/_____
JOEL C. KOURY

1