# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BARZMAN,<br><br>Defendant. | NO. 23CR169 –MEMF-1<br><br>**ORDER GRANTING EX PARTE APPLICATION TO ALLOW TRAVEL TO PARIS, FRANCE ON JANUARY 31, 2024 AND RETURNING ON FEBRUARY 4, 2024 [ECF NO. 49]** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED as follows:

1) The ex parte application (ECF No. 49) is granted,

2) The court authorizes Mr. Barzman to travel out of the Southern District of California to Paris, France on January 31, 2024 and must return on February 4, 2024.

3) Mr. Barzman is ordered to immediately contact his United States Probation officer before the trip and share his travel information.

4) All other conditions of release are to remain in effect.

Dated: January 11, 2024

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

1