**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL BARZMAN,<br><br>　　　　　Defendant. | ) NO. 23CR169 –MEMF-1<br>)<br>) **ORDER TO ALLOW TRAVEL TO**<br>) **PUNTA MITA, MEXICO FROM**<br>) **SEPTEMBER 24 UNTIL SEPTEMBER**<br>) **30, 2024.**<br>)<br>)<br>)<br>) |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED as follows:

1) The ex parte application is granted,

2) The court authorizes Mr. Barzman to travel out of the Southern District of California to Punta Mita, Mexico on or after September 24, 2024, and must return on September 30, 2024.

3) Mr. Barzman is ordered to immediately contact his United States Probation officer before and after the trip and share his travel information.

4) All other conditions of release are to remain in effect.

Dated: July 5, 2024

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　　　　　　　　　　　　　　　　　　　MAAME EWUSI-MENSAH FRIMPONG

　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge